KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVSBN 0722)
Chief, Criminal Division

DENEE A. DILUIGI (COSBN 35082)
Special Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7031
   Fax: (415) 436-7234
   Email: Denee.DiLuigi@usdoj.gov

Attorneys for Plaintiff

FILED
MAY 27 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES MAGISTRATE COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

CR 05-337 MAG

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>v.<br><br>SHARICE M. SMALL,<br><br>   Defendant. | No.   CR 3-04-30361 JCS<br><br>STIPULATION CONTINUING DATE OF PRELIMINARY HEARING OR ARRAIGNMENT AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) AND [~~PROPOSED~~] ORDER |

On May 24, 2005, the parties in this case appeared before the Court and Ms. Small waived her right to a preliminary hearing or arraignment within twenty days of her initial appearance. Based on Ms. Small's waiver, the parties scheduled the next appearance in this matter for June 8, 2005 at 9:30 a.m. before Judge James for a preliminary hearing or arraignment.

The parties request this continuance on the grounds that:  (1) the United States and Mr. Kalar, counsel for Ms. Small, are in discussions regarding the matter that will likely impact the outcome of Ms. Small's matter; and (2) Mr. Kalar believes that postponing the preliminary hearing is in Ms. Small's best interest, and that it is not in his client's interest for the United States to indict

1  the case before the June 8, 2005 preliminary hearing date. The parties agree that the requested
2  continuance is necessary for effective preparation of defense counsel.
3      The parties stipulate and agree that the above-stated reasons constitute good cause to support
4  a continuance under Rule 5.1 of the Federal Rules of Criminal Procedure and 18 U.S.C. § 3060.
5  The parties also stipulate and agree that the stated reasons support a continuance of the
6  preliminary hearing or arraignment date under Title 18, United States Code, Sections 3161(b)
7  and 3161(h)(8)(B)(iv) and that the failure to grant the requested continuance would deny counsel
8  for the defense the reasonable time necessary for effective preparation, taking into account the
9  exercise of due diligence.
10 IT IS SO STIPULATED.

11
12 DATED: May 25th, 05                    _____
13                                        DENEE A. DILUIGI
                                          Special Assistant United States Attorney
14
15 DATED: May 25, 05                     _____
                                          STEVEN KALAR
16                                        Attorney for Ms. Small
17

18                                      O R D E R
19      For the foregoing reasons, the Court finds that good cause is shown and concludes that the
20 continuance is proper under Rule 5.1 of the Federal Rules of Criminal Procedure and 18 U.S.C. §
21 3060.
22      The Court FURTHER ORDERS that an exclusion of time between May 23, 2005 and June 8,
23 2005, is warranted under the Speedy Trial Act because a failure to grant the continuance would
24 unreasonably deny defense counsel the reasonable time necessary for effective preparation,
25 taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(8)(B)(iv). The Court
26 finds that the ends of justice served by excluding time under the Speedy Trial Act outweigh the
27 best interest of the public and the defendant in a speedy trial and in the prompt disposition of
28 criminal cases. Id. § 3161(h)(A). The Court, therefore, concludes that this exclusion of time is

1 | proper pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

2 |     The defendant is HEREBY ORDERED to appear before Judge James on June 8, 2005 at 9:30

3 | a.m.

4 | IT IS SO ORDERED.

6 | DATED: __May 24, 2005__    _____
ELIZABETH D. LAPORTE
United States Magistrate Judge