IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-05-0337 MEJ |
| Plaintiff, | **ORDER CONTINUING DATE OF JUDGMENT AND SENTENCE** |
| v. | |
| SHARICE SMALL, | |
| Defendant. | |

ON MOTION OF THE PROBATION OFFICER and good cause appearing, it is hereby ordered that the judgment and sentence originally set for the 13th of October, 2005 be continued until 10th of November, 2005 at 10:00 a.m.

**IT IS SO ORDERED.**

Dated: October 11, 2005

MARIA-ELENA JAMES
UNITED STATES DISTRICT JUDGE