IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SHARICE M. SMALL,<br><br>　　　　Defendant.<br>_____/ | No. CR-05-0337 MEJ<br><br>**ORDER RESCHEDULING HEARING DATE** |

　　This matter currently set for hearing for March 22, 2007 at 10:00 a.m. before the Honorable Maria-Elena James is hereby vacated.

　　This matter is hereby rescheduled for March 29, 2007 at 10:00 a.m.

　　**IT IS SO ORDERED.**

Dated: March 22, 2007

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　HON. MARIA-ELENA JAMES
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT
　　　　　　　　　　　　　　　　　　　　　　　　MAGISTRATE JUDGE